Jonathan A. Dessaules, State Bar No. 019439
Douglas C. Wigley, State Bar No. 027223
**DESSAULES LAW GROUP**
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
602.274.5400
jdessaules@dessauleslaw.com
dwigley@dessauleslaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Rona Hoffman, individually, | |
| Plaintiff, | No. CV2010-01433-SRB |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| Kleinsmith & Associates, P.C., a Colorado corporation; Philip M. Kleinsmith, individually, | |
| Defendants. | |

Plaintiff Rona Hoffman, by and through undersigned counsel, and pursuant to Rule 41 (A)(1), hereby dismisses, with prejudice, her action against Defendants Kleinsmith & Associates, P.C. and Philip M. Kleinsmith.

DATED this 5th day of August 2010.

DESSAULES LAW GROUP

By: /s/ Jonathan A. Dessaules
    Jonathan A. Dessaules
    Douglas C. Wigley
    *Attorneys for Plaintiff*

1 | COPY of the foregoing mailed
2 | this 5th day of August 2010 to:

3 | Phillip M. Kleinsmith
KLEINSMITH & ASSOCIATES, P.C.
4 | 6035 Erin Park Drive, Suite 203
5 | Colorado Springs, Colorado 80918-5411
*Pro se Defendants*

7 | /s/  Sandra M. Pescador